**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 96-7917**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES CLARK GRAGG,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville. G. Ross Anderson, Jr., District
Judge.  (CR-93-491, CR-94-156, CR-94-157, CA-96-2097-6-3)

─────────────

Submitted:  June 19, 1997          Decided:  June 26, 1997

─────────────

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

William Glenn Yarborough, III, ASHMORE & YARBOROUGH, P.A., Green-
ville, South Carolina, for Appellant.  William Corley Lucius,
Assistant United States Attorney, Greenville, South Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Gragg, Nos. CR-93-491; CR-94-156; CR-94-157; CA-96-2097-6-3 (D.S.C. Nov. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED